**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Felix GUTIERREZ, Defendant–Appellant.**

**No. 03–10267 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2003.

Susan B. Cowger, Chad Eugene Meacham, US Attorney's Office, Dallas, TX, fro Plaintiff–Appellee.

Felix Gutierrez, pro se, Big Spring, TX, Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

The Federal Public Defender (FPD) appointed to represent Felix Gutierrez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gutierrez has filed a response to the motion.

Our independent review of the record, the FPD's brief, and Gutierrez's objections show that there are no nonfrivolous issues for appeal. Accordingly, the FPD's motion for leave to withdraw is GRANTED, he is excused from further responsibilities

---

**616**

herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.